UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY ANN CORNS, | ) | CASE NO. 5:23-cv-1807 |
| | ) | |
| Plaintiff, | ) | JUDGE: BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING APPROVAL OF** |
| GERVASI VINEYARD & ITALIAN | ) | **FLSA SETTLEMENT AND ATTORNEY** |
| BISTRO, LLC, et al., | ) | **FEES AND COSTS** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

THIS MATTER came before the Court upon the Parties Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice ("Joint Motion"). The Court has also reviewed the Joint Stipulation of Settlement and Release attached the Joint Motion as Exhibit 1 (the "Settlement") and the Declaration of Plaintiff Holly Ann Corns' ("Plaintiff") counsel attached to the Joint Motion as Exhibit 2.

Having reviewed the Joint Motion, having reviewed the Settlement and the amount to be paid to Plaintiff and for Plaintiff's attorney fees, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The Joint Motion is GRANTED. The Court finds that the Settlement in this Action is fair, reasonable and just.

The Settlement is APPROVED, including the amount of the settlement payment to Plaintiff and the amount of Plaintiff's counsel's attorney fees.

This Action is DISMISSED WITH PREJUDICE as a final judgment.

This Court will RETAIN JURISDICTION to enforce the Settlement and its prior sanction award.

IT IS SO ORDERED this  29th  day of  March , 2024.


        /s/ *Benita Y. Pearson*
        HONORABLE JUDGE BENITA Y. PEARSON
        UNITED STATES DISTRICT JUDGE

2